UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 3:11-00020-2 |
| v. | ) | CHIEF JUDGE HAYNES |
| | ) | |
| AUSTIN MICHAEL EVANS | ) | |

## GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO SEVER PARTIES

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorneys, and provides the following response to Defendant Austin Michael Evans's Motion to Sever Parties. (D.E. # 164). After consideration of defendant's motion, the government submits that it has no opposition to a severance of Defendant Evans from Defendant Pecora. Counsel for the government will consulate with counsel for the defendant Evans to reset the case for trial.

*[Handwritten notation:]* ORDER

Based upon this response, the Defendant Michael's Evan's motion as amended (D/E No 164) is GRANTED

*[Signature]*
USDJ
10-24-12